UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 19-CR-212 (THF) |
| v. | : |
| JOHNNY LAINEZ,<br>Defendant | : VIOLATION:<br>: 18 U.S.C. §§ 1591(a)(1) and (b)(1)<br>: (Sex Trafficking of a Minor) |

### FIRST SUPERSEDING BILL OF INFORMATION

The United States Attorney charges that:

### COUNT ONE

Between on or about January 17, 2019 and March 11, 2019, in the District of Columbia and elsewhere, the defendant, **JOHNNY LAINEZ**, in and affecting interstate commerce, knowingly recruited, obtained, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized, and solicited by any means a minor female under the age of 18 years, to wit, 12 years, knowing that the minor female had not attained the age of 18 years and would be caused to engage in a commercial sex act.

(**Sex Trafficking of a Minor**, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1)).

JESSIE K. LIU
United States Attorney

ANDREA LYNN HERTZFELD
Assistant United States Attorney, DC Bar No. 494059
U.S. Attorney's Office
555 4th Street, N.W., Room 10-112
Washington, D.C. 20530
202-252-7808
Andrea.Hertzfeld@usdoj.gov