Attachment "A"

October 7, 2019

Hon. Thomas F. Hogan
Senior United States District Judge
United States District Court
333 Constitution Ave., N.W.
Washington, D.C. 20001

Dear Honorable Judge Hogan,

I am writing to you because my heart is filled with grief, despair, and sorrow. I am deeply sorry and remorseful to have responded to the texts on March 11. I accept full responsibility for what I did. I understand that these words may not touch you in any way, but I implore you to please take my words into consideration when handing down my sentence. It is my hope that I may have an opportunity to one day pick up the pieces of my life and once again become a productive member of society.

Despite what it looks like on paper, this really was out of character for me. I was feeling down and depressed because I had recently lost my job. This triggered my continuous battle of feeling beaten and ridiculed by society because of my background. I simply gave up on myself. I have obviously had time to reflect and I realize now that I threw away a good life, no matter how challenging it might have been. But worst of all I disappointed so many people in my life and broke their hearts.

I sincerely apologize and take responsibility for responding to the text messages. I understand I must pay my debt to society. I plan to do everything I can to use my time to understand what and why I did what I did so that I truly never do it again.

I know I can't fully explain who I am in a letter, but I am certainly more than I seem to be in my file. Please understand I still have a family, a daughter that loves me and misses me and people that still love me. I am a very hard worker. I paid all my bills, including all past restitution. I try to show kindness to others because I understand you never know what someone else is going through.

All I have left is this chance to beg you to have mercy on me and even take pity when considering my sentence. Please please please I beg of you to find it within your heart to give me an opportunity to have a life again. I will never give you any reason to regret your kindness and I will do everything within my power to show you that I can once again become a law abiding productive member of society until my last day on this earth. I throw myself at your mercy.

Sincerely,

Johnny Lainez

# Attachment "B"

# Washington Lee High School

Arlington, Virginia




This Certifies That

## Johnny C. Lainez

Has satisfactorily completed the Course of Study prescribed for Graduation and is therefore entitled to this

### Diploma

Given at Arlington, Virginia, this sixteenth day of June, 1989.

*Larry Cuban*
Superintendent of Schools

*Diane S. Henderson*
Chairman of School Board

*W. Sharbaugh*
Principal

Attachment "C"



# Certification of Participation

**OFFENDER AID AND RESTORATION**
of Arlington County, Inc.

This is to certify that

*Johnny C. Lainez*

successfully completed the Money Management Curriculum
OAR Life Skills Program

January 2003
Date

_____
Katy Steinbruck, Volunteer Services Coordinator

_____
Tim Wray, Instructor

# Commonwealth of Virginia

## Career Readiness Certificate

In recognition of demonstrated workplace skills in Applied Mathematics, Reading for Information, & Locating Information



*Johnny Lainez*

is awarded a *Silver Certificate*

April 13, 2010

Governor Robert F. McDonnell

# Certificate of Completion

This certifies that

## JOHNNY LAINEZ

Has satisfactorily completed the requirements for the

## PRODUCTIVE CITIZENSHIP: A VISION BEYOND SURVIVAL

(A Transitional/Pre-Release Program)

And is hereby awarded this certificate

By the

*Department of Correctional Education*
FACILITY / UNIT / ORGANIZATION

On this __16TH__ day of June, 2010

*Dillwyn, Virginia*
CITY / COUNTY, STATE

_____
M. Daniel
**Facilitator signature**
Facilitator title
Offender Workforce Development Specialist

_____
Dr. B Anyadike, Principal
Unit/Organization Head signature

Virginia Department of Corrections
Virginia Department of Correctional Education
PAPIS (Pre-Release and Post-Incarceration Services) Providers