# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. 19-212 (TFH)
)
JOHNNY C. LAINEZ )

## NOTICE OF APPEAL

Name and address of appellant:  Johnny C. Lainez
#367-408
1901 D St., S.E.
Washington, D.C. 20003-2534

Name and address of appellant's attorney:  Cary Clennon
P.O. Box 29302
Washington, D.C. 20017

Offense: 18 U.S.C. sec. 1591(a)(1)

Concise statement of judgment or order, giving date, and any sentence:

235 months imprisonment; 180 months Supervised Release

Name and institution where now confined, if not on bail: D.C. Central Detention Facility

    I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

| DATE | APPELLANT |
|---|---|
|  | *(signature)* |
|  | ATTORNEY FOR APPELLANT |

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [✓]
PAID USDC FEE [ ]
PAID USCA FEE [ ]

Does counsel wish to appear on appeal?     YES [ ]   NO [✓]
Has counsel ordered transcripts?            YES [ ]   NO [✓]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [✓]   NO [ ]